UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

María Marcano Arroyo
  v.
K-Mart, Inc.

CASE NUMBER: 97-1986 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 10.14.99    Docket # 16<br>[x] Plffs  [ ] Defts  [ ] Other<br>Title: Motion to strike | Denied. The Court will consider the motion to dismiss. Plaintiff shall have until **November 15, 1999**, to file an opposition. If no opposition is filed by this deadline, the Court will consider the motion to be unopposed. |

| MOTION | ORDER |
|---|---|
| Date Filed: 10.14.99    Docket # 17<br>[x] Plffs  [ ] Defts  [ ] Other<br>Title: Motion to enter appearance | Granted. The appearance of attorney Daliah Lugo Auffant is hereby noted. |

| MOTION | ORDER |
|---|---|
| Date Filed:    Docket #<br>[ ] Plffs  [ ] Defts  [ ] Other<br>Title: | The Court hereby **orders** Defendant to file by November 15, 1999, the original Spanish-language versions of the summary judgment order, notice of judgment, judgment, and any other relevant court orders from Plaintiff's local court case. |

Date 10/29/99

HECTOR M. LAFFITTE
Chief U.S. District Judge