## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



María Marcano Arroyo

v.

K-Mart, Inc.

**CASE NUMBER:** 97-1986 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11.9.99     **Docket #** 20<br>[x ] **Plffs**   [ ] **Defts**   [ ] **Other**<br>**Title:** Motion requesting extension of time | Granted until **December 1, 1999**. No further extensions shall be granted. If no opposition is filed by this deadline, the Court will consider the motion to dismiss to be unopposed. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11.12.99     **Docket #** 21<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other**<br>**Title:** Motion in compliance with court order | Noted. |

**Date** 11/19/99

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**



