# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

MARIA MARCANO ARROYO,
  Plaintiff,

v.

                            Civil No. 97-1986 (HL)

K-MART INC.,
  Defendant.

## JUDGMENT

The Court having issued an opinion and order on this same date, judgment is hereby entered dismissing this case with prejudice.

San Juan, Puerto Rico, December 22, 1999.

HECTOR M. LAFFITTE
Chief U.S. District Judge

