IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA MARCANO ARROYO<br>Plaintiff<br><br>V.<br><br>KMART INC. D/B/A KMART DE<br>PUERTO RICO, INC.<br>Defendant | CIVIL NUM.: 97-1986 (HL)<br><br>AGE DISCRIMINATION |

### NOTICE OF APPEAL

Notice is hereby given that Maria Marcano Arroyo, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Opinion and Order dismissing Plaintiff's case, entered in this action on December 22, 1999.

MIGUEL A. PEREZ VARGAS, ESQ.
DALIAH LUGO AUFFANT, ESQ.
Attorneys for Plaintiff

1510 Ponce de Leon Ave.
Suite P-5
San Juan, Puerto Rico 00909
Tel: (787)722-5454
Fax: (787) 722-1227

MIGUEL A. PEREZ VARGAS
USDC-PR 208205

DALIAH LUGO AUFFANT
USDC-PR 212312

